KELLER, FISHBACK & JACKSON LLP
DANIEL L. KELLER (SBN 191738)
STEPHEN M. FISHBACK (SBN 191646)
Email: dkeller@kfjlegal.com
       sfishback@kfjlegal.com
18425 Burbank Boulevard, Suite 610
Tarzana, California 91356
Telephone: (818) 342-7442
Facsimile: (818) 342-7616

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBA BAGLEY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRUCE KARATZ, *et al.*, <br><br> Defendants. | Case No. CV-07-01754 DSF (SSx) <br><br> **NOTICE AND MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT AND PLAN OF ALLOCATION, AND FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND CASE CONTRIBUTION AWARDS** <br><br> [Filed concurrently with Memoranda of Points and Authorities, Joint Declaration, Proposed Final Order and Proposed Plan of Allocation] <br><br> Hearing Date: July 26, 2010 <br> Hearing Time: 1:30 p.m. <br> Courtroom: 840 <br><br> Judge: Hon. Dale S. Fischer |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Monday, July 26, 2010 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 840 of the United States District Court, located at 312 North Spring Street, Los Angeles, California, in Courtroom 840, the Honorable Dale S. Fischer presiding, Plaintiffs Reba Bagley, Scott Silver, Tolan Beck, and Rod Hughes (the "Plaintiffs") will and hereby do move the Court for Final Approval of the Proposed Settlement and for an Award of Attorneys' Fees, Expenses, and Case Contribution Awards.

Plaintiffs' Motion is based on the following accompanying pleadings and documents:

1. Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Final Approval of Proposed Settlement;

2. Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Award of Attorneys' Fees, Expenses and Case Contribution Awards; and

3. Joint Declaration of Stephen J. Fearon, Jr. and Thomas J. McKenna in Support of Motion for Final Approval of Proposed Settlement and for Award of Attorneys' Fees, Expenses and Case Contribution Awards, attaching as Exhibits:

   A. [Proposed] Order and Final Judgment:

   B. Affidavit of Jose C. Fraga Regarding The Mailing Of The Notice;

   C. Plea Agreement for Defendant Gary Ray, *U.S. v. Gary Ray,* No. CR 08-01443 (C.D. Cal. Dec. 15, 2008);

   D. Redacted Verdict Form, *U.S. v. Bruce Karatz,* No. CR 09-203 (C.D. Cal. Apr. 21, 2010);

   E. Defendant Bruce Karatz's Notice of Motion and Motion for a New Trial Pursuant to Fed. R. Crim. P. 33, *U.S. v. Bruce Karatz,* No. CR 09-203 (C.D. Cal. Jun. 14, 2010);

   F. [Proposed] Plan of Allocation;

2

G. Indictment, *U.S. v. Bruce Karatz*, No. CR 09-203 (C.D. Cal. Mar. 5, 2010);

H. Defendant Bruce Karatz's Notice of Motion and Motion for a Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29, *U.S. v. Bruce Karatz*, No. CR 09-203 (C.D. Cal. Jun. 14, 2010);

I. Firm Resume for Squitieri & Fearon, LLP;

J. Firm Resume for Gainey & McKenna;

K. Firm Resume for Keller, Fishback & Jackson, LLP;

L. Lodestar Report for Squitieri & Fearon, LLP;

M. Lodestar Report for Gainey & McKenna;

N. Declaration of Daniel Keller In Support of Application for Attorneys' Fees and Expenses Filed on Behalf of Keller, Fishback & Jackson, LLP, attaching as Exhibits:

    N-1. Time Report for Keller, Fishback & Jackson, LLP;

    N-2. Expense Report for Keller, Fishback & Jackson, LLP;

O. Expense Report for Squitieri & Fearon, LLP; and

P. Expense Report for Gainey & McKenna.

Plaintiffs respectfully request entry of the [Proposed] Final Order and Judgment.

DATED: July 12, 2010    Respectfully submitted,

KELLER, FISHBACK & JACKSON LLP

By: */s/ Daniel L. Keller*
DANIEL L. KELLER, SBN 191738
Email: dkeller@kflegal.com
18425 Burbank Boulevard, Suite 610
Tarzana, California 91356
Telephone: (818) 342-7442
Facsimile: (818) 342-7616

SQUITIERI & FEARON, LLP
STEPHEN J. FEARON, JR. (*pro hac vice*)
Email: stephen@sfclasslaw.com
32 East 57th Street, 12th Floor
New York, New York 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553

GAINEY & McKENNA
THOMAS J. McKENNA (*pro hac vice*)
Email: tjmckenna@gaineyandmckenna.com
      tjmlaw2001@yahoo.com
295 Madison Avenue, 4th Floor
New York, New York 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

*Appointed Counsel for Plaintiffs Reba Bagley, Scott Silver, Tolan Beck, and Rod Hughes*